**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

KAREN DIXON                                    )         CIVIL ACTION
    Plaintiff                                    )
                                        )
                                        )         JURY TRIAL CLAIMED
                                        )
v.                                             )
                                        )
COLLECTO, INC. d/b/a EOS CCA                    )
    Defendant                                    )
_____)         JANUARY 26, 2012

## <u>COMPLAINT</u>

     1.  This is a suit brought by a consumer who has been harassed by the defendant collection agency.  This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.*

     2.  Plaintiff, Karen Dixon, is a natural person residing in New Haven, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

     3.  Defendant, Collecto, Inc. d/b/a EOS CCA ("Collecto"), is a corporation located in Massachusetts and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

     4.  Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. §§ 1331 and 1367.

     5.  This Court has jurisdiction over Collecto because it engages in debt collection within Connecticut.

6.   Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

7.   AT&T had claimed that Plaintiff owed an alleged consumer debt on an AT&T account (the "Account").

8.   In early January, 2012, in an attempt to collect on the Account, Collecto called the home of Plaintiff's friend who lives in Wichita, KS and who was not liable for and had no relation to the Account.

9.   Collecto informed Plaintiff's friend that Plaintiff owed a debt.

10. This contact caused Plaintiff emotional distress, as she was embarrassed and bothered by the fact that Collecto had contacted a party unrelated to the debt.

11.  Collecto violated the FDCPA by its collection activities described above.

WHEREFORE, the Plaintiff seeks from Collecto recovery of statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; punitive damages pursuant to Conn. Gen. Stat. § 42-110g; attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g, and such other relief as this Court deems appropriate.

**PLAINTIFF, KAREN DIXON**

By: /s/Daniel S. Blinn_____
    Daniel S. Blinn, Fed Bar No. ct02188
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd., Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408; Fax (860) 571-7457